**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Dana Olender and Wilson Maymi, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

LTD Financial Services Limited Partnership,

Defendant.

**FILED**
**CLERK**
11/15/2018 11:29 am
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Docket No: 2:18-cv-01631-JS-GRB

ORDER

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: November 14, 2018

**BARRON & NEWBURGER, P.C**

By: __/s Mitchell Williamson__
Mitchell Williamson, Esq.
458 Elizabeth Avenue
Somerset, New Jersey 08873
Tel: (973) 753-5100
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: __/s Jonathan M. Cader__
Jonathan M. Cader, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *jcader@sanderslawpllc.com*
Our File No: 113434
*Attorneys for Plaintiff*

The Clerk of the Court is directed to mark this case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Nov. 15, 2018
Central Islip, NY